UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>v.<br><br>JEANNETTE STAVROS, in individual and representative capacity as trustee of the Stavros Revocable Declaration of Trust dated February 11, 1987 – Survivor's Trust; GREGG ALAN, INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case: 3:17-CV-02031-CAB-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Doc. No. 16]** |

On May 7, 2018, the parties filed a joint motion for dismissal pursuant to F.R.CIV.P.41(a)(1). For GOOD CAUSE SHOWN, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 9, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge